UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD)

This Document Relates to:

*Harmon Brody v. Bayer Corp., et al.* Case No. 02-0158

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and counsel for defendants that the above-captioned action against defendants may be and is hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall each bear their own costs.

Dated: 1/8/07

Daniel E. Becnel, Jr.
Matthew Moreland
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
Post Office Drawer "H"
Reserve, LA 70084
(985) 536-1186

*Counsel for Plaintiff*

SCANNED
JAN 12 2007
U.S. DISTRICT COURT MPLS

Dated: 1/8/07

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned action is dismissed with prejudice.

DATED: 1-12-07

Michael J. Davis
The Honorable Michael J. Davis
United States District Court

*Brody*, No. 02-0158